1  [COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PORTO TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC <br><br> Defendant. | Case No.   4:16-CV-01427-JSW |
| PORTO TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS MOBILECOMM U.S.A., INC. <br><br> Defendant; | Case No.   4:16-CV-01428-JSW |
| PORTO TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendant; | Case No.   4:16-CV-01429-JSW |

STIPULATION AND [~~PROPOSED~~] ORDER
TO STAY LITIGATION

CASE NOS. 16-CV-01427-JSW;
16-CV-01428-JSW; 16-CV-01429-JSW;
16-CV-01510-JSW

| | | |
|---|---|---|
| 1 | PORTO TECHNOLOGY CO., LTD., | Case No.    4:16-CV-01510-JSW |
| 2 | Plaintiff, | |
| 3 | v. | **STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION** AND LIFTING CONSOLIDATION |
| 4 | HTC AMERICA, INC. | |
| 5 | Defendant; | |

1    Pursuant to Local Rule 7-12, Defendants Samsung Electronics America, Inc., LG
2    Electronics Mobilecomm U.S.A., Inc., Motorola Mobility LLC, and HTC America, Inc.
3    (collectively "Defendants") and Plaintiff Porto Technology LLC ("Porto") submit this stipulated
4    request for an order staying their respective litigations pending issuance of a final written decision
5    by the United States Patent and Trademark Office ("USPTO") on the petitions for *inter partes*
6    *review* filed by Google, Inc. ("Google") of U.S. Patent Nos. 6,233,518 and 6,532,413
7    (collectively, the "Patents-in-Suit") and the resolution of all appeals from those final written
8    decisions.
9    WHEREAS, on October 13, 2016, Google filed petition Nos. IPR2016-00022 and
10   IPR2016-00045 for *inter partes review* of each of the Patents-in-Suit;
11   WHEREAS, on April 25, 2016, the USPTO instituted Google's petitions for *inter partes*
12   *review* of all of the asserted claims of each of the Patents-in-Suit;
13   WHEREAS, the USPTO is required under 35 U.S.C. § 316 to issue a final written
14   decision within 1 year of institution, which may be extended by no more than 6 months;
15   WHEREAS each of these actions was transferred from the Eastern District of Texas to the
16   Northern District of California in March 2016;
17   WHEREAS an Initial Case Management Conference in this Court has not taken place, and
18   is scheduled for June 24, 2016;
19   WHEREAS, the parties wish to suspend the deadlines adopted by the Court (Dkt. No.
20   123) and stay the present litigations;
21   NOW THEREFORE IT IS HEREBY STIPULATED by the parties, through their
22   respective counsel, that the present litigations are stayed pending exhaustion of all of Google's
23   petitions for *inter partes review* of the Patents-in-Suit, including issuance of final written
24   decisions by the USPTO and resolution of all appeals to all final written decisions.  The parties
25   agree that within 30 days of exhaustion of the last of Google's petitions for *inter partes review*,
26   the parties shall submit a joint notice to the Court informing the Court of the results of the
27   petitions.
28

STIPULATION AND [PROPOSED] ORDER                1                CASE NOS. 16-CV-01427-JSW;
TO STAY LITIGATION                                               16-CV-01428-JSW; 16-CV-01429-JSW;
                                                                 16-CV-01510-JSW

1     IT IS SO STIPULATED

2 Dated: May 26, 2016      By: */s/ David S. Almeling*
        David S. Almeling

DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
DAVID S. ALMELING (S.B. #235449)
dalmeling@omm.com
MARK LIANG (S.B. #278487)
mliang@omm.com
BILL TRAC (S.B. #281437)
btrac@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111
(415) 984-8700/Fax: (415) 984-8701

MISHIMA ALAM (S.B. #271521)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300/Fax: (202) 383-5414

*Attorneys for Defendants*
SAMSUNG ELECTRONICS AMERICA, INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC., and
MOTOROLA MOBILITY LLC

By: */s/ Fred I. Williams*
    Fred. I Williams

Fred Irvin Williams (*pro hac vice*)
Mario A. Apreotesi (*pro hac vice*)
**Akin Gump Strauss Hauer & Feld - Austin**
300 West 6th St, Suite 1900
Austin, TX 78701
Telephone: 512.499.6218
Fax: 512.499.6290
Email: fwilliams@akingump.com
Email: mapreotesi@akingump.com

Danielle C. Ginty (SBN 261809)
**Akin Gump Strauss Hauer & Feld LLP –San Francisco**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9510
Email: dginty@akingump.com

STIPULATION AND [PROPOSED] ORDER
TO STAY LITIGATION      - 2 -      CASE NOS. 16-CV-01427-JSW;
16-CV-01428-JSW; 16-CV-01429-JSW;
16-CV-01510-JSW

*Attorneys for Defendant*
HTC AMERICA, INC.

By: */s/ Timothy T. Wang*
Timothy T. Wang
twang@nilawfirm.com

Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Telephone: 972.331.4600
Fax: 972.314.0900

*Attorneys for Plaintiff*
PORTO TECHNOLOGY CO., LTD.

In compliance with Local Rule 5-1(i)(3), I hereby attest that Fred I. Williams and Timothy T. Wang have concurred in the filing of this Stipulation and [Proposed] Order to Stay Litigation.

Dated: May 26, 2016            O'MELVENY & MYERS LLP


By: */s/ David S. Almeling*
David S. Almeling

*Attorneys for Defendants*
SAMSUNG ELECTRONICS AMERICA, INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC., and
MOTOROLA MOBILITY LLC

STIPULATION AND [PROPOSED] ORDER
TO STAY LITIGATION                - 3 -             CASE NOS. 16-CV-01427-JSW;
                                                    16-CV-01428-JSW; 16-CV-01429-JSW;
                                                    16-CV-01510-JSW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 26, 2016

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Pursuant to this Court's order dated April 14, 2016, these matters were consolidated with Master File 16-CV-1515 JSW which has now been dismissed. The Court finds these remaining matters related pursuant to Northern District Civil Local Rule 3-12(a), but not consolidated. Hereafter, separate filings in each related case are appropriate. The Court vacates the consolidation order dated April 14, 2016 and reopens cases nos. 16-CV-1427 JSW, 16-CV-1428 JSW, 16-CV-1429 JSW and 16-CV-1510 JSW. These matters are STAYED pursuant to the parties' stipulation.